LAW OFFICE OF VICTOR JACOBOVITZ
VICTOR JACOBOVITZ  #066297
3055 Wilshire Boulevard, Suite 801
Los Angeles, CA 90010
Telephone:	(213) 351-1045
Facsimile:	(213) 351-1049

Attorneys for Plaintiff
KENNETH J. SIMONIS

JS-6

THE VONS COMPANIES, INC.
THEODORE K. BELL  #184289
E-mail: tad.bell@safeway.com
STEPHEN Q. ROWELL  #098228
E-mail: stephen.rowell@safeway.com
5918 Stoneridge Mall Road
Pleasanton, CA  94588-3229
Telephone:	(925) 467-2422
Facsimile:	(925) 467-3214

Attorneys for Defendant
THE VONS COMPANIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. SIMONIS,<br><br>            Plaintiff,<br><br>      vs.<br><br>VONS COMPANIES, and Does 1 through 50, inclusive,<br><br>            Defendants. | No. CV-12-10932 DMG (MANx)<br><br>ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [10] |

- 1 -

ORDER RE DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. CV12-10932-DMG (MANx)

- 2 -

1    Having read the parties' Stipulation Re Dismissal of Action with
2    Prejudice and good cause appearing, IT IS HEREBY ORDERED THAT that
3    this matter be dismissed, with prejudice, with each side to incur its own fees
4    and costs.

6    Dated: March 4, 2013

*/s/ Dolly M. Gee*
DOLLY M. GEE
United States District Judge

- 2 -
ORDER RE DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. CV12-10932-DMG (MANx)